Pro Se 14 (12/15) Complaint for Violation of Civil Rights (Prisoner)

**FILED**

JAMES J. VILT JR,
CLERK

September 20, 2023

U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

)
)   Case No.    3:23cv496DJH
)
)            *(to be filled in by the Clerk's Office)*
)
**Plaintiff(s)**                           )
*(Write the full name of each plaintiff who is filing this complaint.*   )
*If the names of all the plaintiffs cannot fit in the space above,*   )
*please write "see attached" in the space and attach an additional*   )
*page with the full list of names.)*   )
-v-                           )
)
)
)
)
)
**Defendant(s)**                           )
*(Write the full name of each defendant who is being sued. If the*   )
*names of all the defendants cannot fit in the space above, please*   )
*write "see attached" in the space and attach an additional page*
*with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (12/15) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Andrew James Nevins |
| All other names by which you have been known: | A. J. |
| ID Number | 299710 |
| Current Institution | LUTHER LUCKETT CORRECTIONAL COMPLEX |
| Address | 1612 DAWKINS RD |
| | LA GRANGE        KY        40031 |
| | City        State        Zip Code |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | RCC |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | PO BOX 69 |
| | LA GRANGE        KY        40031 |
| | City        State        Zip Code |

☐ Individual capacity   ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |
| | City        State        Zip Code |

☐ Individual capacity   ☐ Official capacity

Pro Se 14 (12/15) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| *City* | *State* | *Zip Code* |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

ABUSE AND NEGLECT AS WELL AS CRUEL
AND UNUSUAL PUNISHMENT

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III.    **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☑    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*

IV.    **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE CLAIM FACTS ATTACHED

C.    What date and approximate time did the events giving rise to your claim(s) occur?

JULY 27 OR 28TH I BELIEVE OF 2022

CLAIM FACTS        9-6-23

WHEN I was At the Rotary correctional
I had a severe hernia left untreated. I
have medical Records or documents on
File. However I got locked up in the
cage for something I asked to use the
restroom and by the guard was denied because
of the severity of the hernia when I pushed
it back in the Pain caused me to urinate
in my pants. I took them off and cleaned
up the urine as best I could put them
outside of the cage and told guard what
happened. He kicked Them back to me and
told me if I didn't put them on I would
get sprayed. I got a write up, embarassed
and humiliated. I told Internal Affairs about
the situation should be in or on File where
I sent them an email or e document through
J-Pay or Securus Now that I know, Nothing
was done For me and I still recieved the
write ups. THen they transfered I THink
to LLCC To THe WHole or SMU. I didn't
Know what else to do about the Situation
I tried to get an attorney to take care
of it however Facts about that when I
tried to call an attorney while in SMU

Because it was collect I couldn't reach one so I called my wife after being denied the ability to reach an attorney I used the phone to call me significant other and they give me a write up for improper use of phone services. When I told her to get me an attorney because I didn't know what else to do. However when I finally found an attorney they wanted $2500 to take the case. I got a 24 month flop probably for all my write ups that I got and I found it unfair. Now I have wrote several Dept (Dept of Justice., the Governor, The Attorney General and the white house as well as asked the warden here at LLCC to help me out in seeking justice and haven't heard from anyone about the matter. I'm just trying to stay on top of the matter, and found this was my next option, in getting proper documentation Please help. I've asked for an early release pardon or the ability to get out on atleast on parole and to make sure that this treatment is never done again to another inmate. Please help me get answers for what I've been through. Its messed me up

mentally very badly, I push through
it and try to keep making a difference
to everyone around me to let them know
that God Blessed them and that we
Love them. I've gotten white ups For
telling guards I Love them and been put
in the whole For that as well. However
because I may seem unstable From the
depression, Anxiety and trauma MS. McGuire
Keeps trying to make me take meds that
I dont want to take and They tell me
I cant have a job unless I get on
my meds ~~~~~ which I think is
messed up, So Instead I stay in
my Faith and Pray that GOD will
help me in getting out of this place

Pro Se 14 (12/15) Complaint for Violation of Civil Rights (Prisoner)

_____

_____

D.      What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?
Was anyone else involved?  Who else saw what happened?)*

_____

_____

_____

_____

_____

_____

_____

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

I finally got treatment For hernia while
being incarcerated at LLCC

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

I'd like to recieve $~~800,000~~ 1 Million
Release from Prison
My Record Exponged since Ive Served out All
My Prior Convictions, They havemessed me up. Mentally
Segregated me, Humiliated me, kept me from my Family
my Mother who has Cancer, stress on both sides me and
Family, Its untolerable, torture, embarassing and disreguard
my rights and no reguards to me as a human being

SEE BACK

I'D ALSO LIKE TO BE GIVEN THE CHANCE TO APPEAR IN FRONT OF THE SUPREME COURT TO FILE FOR WHAT I'M CALLING THE WEVINS ~~difference~~. DIFFERENCE TREATY ACT. WHERE I WILL EXPLAIN WHAT IT INTELS THE STIPULATIONS AND CRITERIA OF THE ACT, AND ITS POWER DOES. NOW LISTEN, THE ACT IS THE ABILITY FOR A MAN OR WOMAN WHO HAS COMMITTED A CRIME THAT PERTAINS TO THAT PERSON SPENDING SUBSTANTIAL AMOUNT OF TIME IN JAIL THEY ARE ABLE TO GET OUT IF THEY SERVE OR UNDERGO A CADET PROGRAM WHICH WOULD CONSIST OF TREATMENT, THERAPY AND DEPENDING ON THE SEVERITY OF THE CRIME, TIME SERVED, AND A SERVING PERIOD WHERE THEY WILL GET SUPPORT AND STRUCTURE FOR THE ABILITY FOR THEM TO START OVER SERVING IN THE PEACE CORP, ARMED FORCES, POLICE FORCE EMS, FIRE DEPT. HEALTH CARE COUNCILING OR ANY KIND OF PRIMARY CARE, IN ALL FOREIGN AND DOMESTIC SERVICES. I WANT TO MAKE A STAND WHERE ONE CAN BE GIVEN THE CHANCE TO MAKE THINGS RIGHT AND BE THE DIFFERENCE. BECAUSE MAKING A MISTAKE IS THE DIFFERENCE WE ARE THE DIFFERENCE AND I WANT TO SHOW EVERYONE I'M THE DIFFERENCE LOVE, PEACE AND FORGIVENESS IS THE ONLY WAY. TO SHOW ALL COUNTRIES THAT WE CAN, WILL, AND MUST WORK TOGETHER AS ONE IN THIS HEAVEN WE CALL HOME. FOR THE LORD DIDN'T MAKE US PERFECT BUT SEE NOW THAT ~~ONE~~ HAS MADE THE MISTAKE THEY CAN SEE JUST WHAT AND HOW IS TO BE DONE TO HELP FORM, SHAPE, AND MOLD THE LORDS SUPREME BEING

Pro Se 14 (12/15) Complaint for Violation of Civil Rights (Prisoner)

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

ROTARY CORRECTIONAL COMPLEX

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I WAS IN SMU AND WASNT SURE HOW OR WHAT TO FILE A GRIEVENCE THEY TOLD ME IT HAD BEEN LONGER THAN 7 DAYS, I WROTE THE WARDEN, SPOKE TO Major HARPER ON COURT CALL ABOUT SITUATION, WROTE INTERNAL AFFAIRS,

2.    What did you claim in your grievance?

SAME AS WHATS STATED, WHEN I WENT TO FILE A GRIEVENCE THEY TOLD ME SINCE I WROTE THE GOVENOR AND EVERYONE TO WAIT TO HEAR BACK FROM THEM ABOUT THE PARDON. I HEARD BACK FROM THEM THEY TOLD ME IT WAS PUT ON FILE

3.    What was the result, if any?

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (12/15) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

*I WAS IN THE WHOLE WASN'T GIVEN A FORM AND WASN'T SURE THE PROCESS AND WHEN I FINALLY DID LEARN IT WAS OUTSIDE THE 7 DAY PROCESS*

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

| MAJOR HARPER | AMY ROBIE | DEPT. OF JUSTICE — NO RESPONSE |
|---|---|---|
| NOTHING WAS DONE | NO RESPONSE | ATT. GENERAL — NO RESPONSE |
| AND STILL RECIEVED | | GOVENOR — SAID PUT ON FILE |
| WRITE UPS | | WHITE HOUSE — NO RESPONSE |

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*TO MY KNOWLEDGE I BELIEVE I'VE PUT ALL DOCUMENTARIES AND INFORMATION*

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

Pro Se 14 (12/15) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☐ Yes

Pro Se 14 (12/15) Complaint for Violation of Civil Rights (Prisoner)

☑ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)  _____

Defendant(s)  _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition  _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

ANDREW J. NEUMS 299970
LUTHER LUCKETT CORRECTIONAL COMPLEX
212 DAWKINS RD
PO BOX 6
LA GRANGE KY 40031

GENE SNYDER UNITED STATES COURT HOUSE
U.S. DISTRICT COURT
601 W. BROADWAY RM. 106
LOUISVILLE KY 40202

JAMES J. VILT, JR. - CLERK
SEP 20 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

