

# U.S. Department of Justice
# Civil Rights Division

Washington, DC 20530

September 6, 2023

Andrew Nevins #299710
Luther Lukkett Correctional Complex
PO Box 6
La Grange, KY 40031

Dear Andrew Nevins #299710,

You contacted the Department of Justice on July 14, 2023. After careful review of what you submitted, we have decided not to take any further action on your complaint.

## What we did:

Team members from the Civil Rights Division reviewed the information you submitted. Based on our review, we have decided not to take any further action on your complaint. We receive several thousand reports of civil rights violations each year. We unfortunately do not have the resources to take direct action for every report.

Your report number was 336510-PNR.

## What you can do:

We are not determining that your report lacks merit. Your issue may still be actionable by others - your state bar association or local legal aid office may be able to help.

## To find a local office:

American Bar Association
https://www.americanbar.org/groups/legal_services/flh-home (https://www.americanbar.org/groups/legal_services/flh-home)
(800) 285-2221

Legal Services Corporation (or Legal Aid Offices)
https://www.lsc.gov/find-legal-aid (https://www.lsc.gov/find-legal-aid)

## How you have helped:

While we don't have the capacity to take on each individual report, your report can help us find issues affecting multiple people or communities. It also helps us understand emerging trends and topics.

Thank you for taking the time to contact the Department of Justice about your concerns. We regret we are not able to provide more help on this matter.

Sincerely,

U.S. Department of Justice
Civil Rights Division



**U.S. Department of Justice**
Washington, D.C. 20530
Official Business
Penalty for Private Use $300

RECEIVED
SEP 15 2023
LLCC MAIL ROOM





REUSE
REDUCE
RECYCLE



neopost
09/07/2023
US POSTAGE $000.63⁰
FIRST-CLASS MAIL
US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 20530
041M121201051