# United States District Court
# Western District of Kentucky
# at Louisville

## *NOTICE OF DEFICIENCY*

| | |
|---|---|
| **TO:** | Andrew James Nevins |
| **CASE #:** | 3:23-cv-496-DJH |
| **STYLE OF CASE:** | Nevins v. RCC |
| **DOCUMENT TITLE:** | Complaint |
| **DATE:** | 9/22/2023 |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**SUMMONS. Plaintiff is required to prepare a Summons to be served upon each defendant.(Fed.R.Civ.P. 4)Complete a Summons for each defendant and return to the Clerk for issuance.  DO NOT send Summons to the defendant(s).  (Summons form(s) attached).**

**FILING FEE OR APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES.  You must either pay the filing fee or file a fully completed Application to Proceed Without Prepayment of Fees and Affidavit.  *(See 28 U.S.C. § 1915.)***

**PRISON TRUST ACCOUNT STATEMENT.  You must file a certified copy of your jail/prison trust account statement for the six (6) month period preceding filing of the application to proceed without prepayment of fees. *(See 28 U.S.C. § 1915(a)(2))***

**YOU ARE GRANTED <u>30 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   <u>FAILURE TO COMPLY WITHIN 30 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT</u>**