UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ANDREW JAMES NEVINS,                                                                  Plaintiff,

v.                                                                 Civil Action No. 3:23-cv-496-DJH

RCC,                                                                                  Defendant.

\* \* \* \* \*

## ORDER

Pursuant to Local Rule 40.1(b) and General Order 23-10, the Court, on its own motion and in the interests of justice and judicial efficiency, finds that reassignment of this case is appropriate. The receiving judge concurs in the reassignment. Accordingly, it is hereby

**ORDERED** that this matter is **REASSIGNED** to Senior Judge Joseph H. McKinley, Jr., for all further proceedings.

September 26, 2023

David J. Hale, Judge
United States District Court