UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISON

**ANDREW JAMES NEVINS**  **PLAINTIFF**

v.  **CIVIL ACTION NO. 3:23-CV-P496-CRS**

**RCC**  **DEFENDANT**

### MEMORANDUM

This is a *pro se* 42 U.S.C. § 1983 prisoner civil-rights action brought by Plaintiff Andrew James Nevins. By Memorandum Opinion and Order entered November 14, 2023, the Court conducted an initial review of the complaint pursuant to 28 U.S.C. § 1915A and dismissed Plaintiff's claims for failure to state a claim upon which relief may be granted (DN 8). The Court, however, provided Plaintiff the opportunity to file an amended complaint within 30 days.[1] The Court warned Plaintiff that failure to timely file an amended complaint would result in dismissal of this action for the reasons stated in its November 14, 2023, Memorandum Opinion and Order.

The 30-day period has expired, and the record reflects that Plaintiff has not filed an amended complaint. Therefore, the Court will enter a separate Order dismissing this action.

Date: December 19, 2023

Charles R. Simpson III, Senior Judge
United States District Court

cc: Plaintiff, *pro se*
4411.011

---

[1] *See, e.g.*, *LaFountain v. Harry*, 716 F.3d 944, 951 (6th Cir. 2013) ("[U]nder Rule 15(a) of the Federal Rules of Civil Procedure, a district court can allow a plaintiff to amend his complaint even when the complaint is subject to dismissal under the PLRA [Prison Litigation Reform Act].").