UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISON

ANDREW JAMES NEVINS                                                    PLAINTIFF

v.                                    CIVIL ACTION NO. 3:23-CV-P496-CRS

RCC                                                          DEFENDANT

**ORDER**

For the reasons set forth in the Memorandum Opinion and Order entered November 14, 2023 (DN 8), and the separate Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

There being no just reason for delay in its entry, this is a **final Order**.

The Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: December 19, 2023

Charles R. Simpson III, Senior Judge
United States District Court

cc:     Plaintiff, *pro se*
4411.011