

**Andy Beshear**
GOVERNOR

JUSTICE AND PUBLIC SAFETY CABINET
**DEPARTMENT OF CORRECTIONS**
3001 W Hwy 146
LaGrange, Kentucky 40032
Phone: (502) 222-9441
Fax: (502) 222-0240

**Keith L. Jackson**
INTERIM SECRETARY

**Cookie Crews**
COMMISSIONER

FILED
JAMES J. VILT, JR. - CLERK
FEB 20 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

February 8, 2024

U.S. District Court/ Western District
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202-2249

This letter is to inform you that Kentucky State Reformatory, Inmate Accounts; will be handling the collections for litigation fees on the referenced cases below.

Nevins, Andrew # 299710, Case #3:23-CV-P496-JHM

If you have any questions, please feel free to contact me at the phone number below.

502-222-9441 ext. 4020 or 4007

Kentucky State Reformatory
ATTN: Inmate Accounts
3001 West Hwy 146
LaGrange, KY 40031





**TEAM KENTUCKY**
**DEPARTMENT OF CORRECTIONS**
Kentucky State Reformatory
3001 West Highway 146
LaGrange, Kentucky 40032

LOUISVILLE KY 400
13 FEB 2024 PM 2 L
LAGRANGE, KY 40032
INMATE MAIL
NOT RESPONSIBLE FOR CONTENTS

NEOPOST
02/09/2024
US POSTAGE $000.64⁰

ZIP 40032
041M11457337

**FILED**
JAMES J. VILT, JR. - CLERK
FEB 20 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Office of the Clerk
U.S. District Court/Western District
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY  40202-2249

40202-224999